Application denied. The contentions made in the present application are substantially the same as those disposed adversely to relator in his previous application to this Court. See 256 La. 768, 238 So.2d 749.

■

254 So.2d 463

**Del CRYER**

v.

**M & M MANUFACTURING COMPANY, Inc.**

**No. 51807.**

Nov. 30, 1971.

In re: M & M Manufacturing Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 253 So.2d 69.

It is ordered that the writ of review issue; that the Court of Appeal send up the

record in duplicate of the case; and that counsel for plaintiff and defendant be notified.